UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31812 |
|---|---|
| GARY E. DAVIS | (Chapter 13) |
| TINA M. DAVIS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083808**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 80 | VERIZON NORTH<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 19.56 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2011

Certificate of Service                07-31812

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| GARY E. DAVIS | TINA M. DAVIS | KRISTIN RADWANICK |
|---|---|---|
| 10 OAK STREET | 1106 HUGHES ST | 3131 S DIXIE DR |
| MILFORD, OH  45150 | MIDDLETOWN, OH  45042 | STE 400A |
|  |  | MORAINE, OH  45439 |
|  |  |  |
| (83.1n) | (81.1n) | (80.1) |
| DENNIS A LIEBERMAN | OHIO DEPT OF TAXATION | VERIZON NORTH |
| ATTN EMERSON R KECK | BANKRUPTCY DIVISION | AFNI VERIZON |
| 318 W FOURTH STREET | BOX 530 | 404 BROCK DRIVE |
| DAYTON, OH  45402 | COLUMBUS, OH  43216 | BLOOMINGTON, IL  61701 |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                    sv